UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARY EITEL                                                                                                           Plaintiff

v.                                                                                             Civil Action No. 3:20-cv-12-RGJ

PNC BANK, N.A. ET AL                                                                                           Defendants

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Wells Fargo Bank, N.A. with respect to the claims brought in this matter.

(2)    Judgment is entered in favor of Marilyn Casey Eitel with respect to the claims brought in this matter.

(3)    Judgment is entered in favor of PNC Bank, N.A. with respect to the claims brought in this matter.

(4)    Judgment is entered in favor of South State Bank, N.A. with respect to the claims brought in this matter.

(5)    Judgment is entered in favor of South State Advisory, Inc. with respect to the claims brought in this matter.

(6)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(7)    The Clerk of Court is directed to strike this matter from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

February 23, 2023

2