# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:20-cv-12-RGJ-RSE

*Electronically Filed*

**MARY EITEL**                                                                                   **PLAINTIFF**

**v.**

**PNC BANK, N.A. et al**                                                                      **DEFENDANTS**

\* \* \* \* \*

### PLAINTIFF MARY EITEL'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Mary Eitel hereby appeals to the United States Court of Appeals for the Sith Circuit from the Final Judgment entered in this action on February 24, 2023 (D.E. 415), and all orders and rulings rendered in support of, merged into, or otherwise related to the Final Judgment, including but not limited to the Memorandum Opinion and Order entered in this action on the 24th of February 2023 (D.E. 415 and D.E. 416), the Order striking Plaintiff's response to South State Bank, N.A.'s summary judgment (D.E. 421), the Order striking Plaintiff's response to post-verdict motions and the response's attachments (D.E. 467), the Order denying Plaintiff's Motion to Reconsider/Vacate/Alter/Amend and denying attorney fees against Palmer "Gene" Vance, II(D.E. 468), the Order denying a stay of the scheduling order after withdrawal of Plaintiff's counsel (D.E.165), the Order instructing the production of a privilege log only to Plaintiff (D.E. 186), the Order granting Defendants expanded time to designate expert witnesses (D.E. 204), the Order granting dismissal of Ellis Painter Ratteree and Adams and denying deferral of consideration of the Motion (D.E. 211), the order granting defendant Marilyn Casey Eitel

exceed page limits in summary judgment motion (D.E. 266), the order amending the scheduling order, ordering compelled privileged documents and denying protection, denying Plaintiff's motions to compel defendants' discovery (D.E. 267), order granting extension to respond to Plaintiff's objections to a prior order (D.E. 298), order giving Defendants extra time for expert designation but not touching the dispositive motion deadline(D.E. 303), order denying emergency motion for time by Plaintiff (D.E. 310), order mischaracterizing Plaintiff's statements during status conference (D.E. 318), order granting insufficient time to respond to dispositive and Daubert motions (D.E. 338), the order denying Plaintiff's full relief of amendment against Wells Fargo and denial of a Surreply to Well Fargo's limitations summary judgment motion, and denial of full relief under objection to magistrate orders (D.E. 339), the order only granting partial extra time for summary judgment responses (D.E. 355), the Court's order denying time for summary judgment and Daubert responses (D.E.367) and (D.E. 369), the order permitting South State Bank's late-response to Plaintiff's magistrate order objection and granting defendants leave to exceed page limits on summary judgment motions (D.E. 378 and D.E. 380).

                Respectfully submitted,

                */s/ Leon H. Horne, III*

                _____

                Leon H. Horne, III
                Law Office of Leon Horne
                3232 McKinney Ave.
                Suite 500
                Dallas, TX 75204
                Email: hil@hornelaw.org
                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served upon counsel for the parties via PACER/ECF/CM NextGen system on the 30th day of October 2024, and such system will serve counsel of record for all parties.

_____

*Counsel for Plaintiff*