# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 06, 2025

Mr. Leon H. Horne III
Law Office
3232 McKinney Avenue
Suite 500
Dallas, TX 75204

Re:  Case No. 24-6000, *Mary Eitel v. PNC Bank, NA, et al*
     Originating Case No. 3:20-cv-00012

Dear Counsel,

   The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Kenneth A. Bohnert
    Mr. Matthew F. Coogle
    Mr. James Shelton Derrick
    Mr. Spencer Keith Gray
    Mr. Adam Clay Reeves
    Mr. Harold Toby Schisler II
    Ms. Maureen Phyllis Taylor
    Mr. Palmer G. Vance II
    Mr. James J. Vilt Jr.

Enclosure

No. 24-6000

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Feb 6, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| MARY MINTON EITEL, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| PNC BANK, NA, dba First Kentucky Trust, et al., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |

The plaintiff appeals the judgment and the denial of her post-judgment motion to alter or amend the judgment in this diversity action arising from the defendants' alleged mismanagement and distribution of three trusts. The plaintiff now moves to hold briefing in abeyance pending the district court's resolution of the plaintiff's request under Federal Rule of Appellate Procedure (FRAP) 10. Defendants SouthState Bank, N.A. and SouthState Advisory, Inc. respond and do not oppose holding briefing in abeyance. No other party has responded.

Upon review, the plaintiff's motion is GRANTED, and briefing in this appeal will be held in abeyance pending the district court's adjudication of her FRAP 10 request. The plaintiff shall file a notification advising of the district court's ruling within 10 days of that court's order.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk